# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARLA DORCHELL WASHINGTON,**

      **Plaintiff,**

**v.**                                                            Case No:  6:11-cv-1607-Orl-22DAB

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Contested Petition for Attorney's Fees (Doc. No. 29) filed on January 30, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 12, 2013 (Doc. No. 31), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Contested Petition for Attorney's Fees is hereby GRANTED.

3. Plaintiff is awarded attorney's fees in the amount of $4,152.91.

**DONE** and **ORDERED** in Orlando, Florida on March 29, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record